1  Robert S. Remar (SBN 100124)
2  Jacob F. Rukeyser (SBN 233781)
   LEONARD CARDER, LLP
3  1188 Franklin Street, Suite 201
   San Francisco, CA 94109
4  Tel.:   415-771-6400
   Fax:   415-771-7010
5  rremar@leonardcarder.com
6  jrukeyser@leonardcarder.com

7  *Attorneys for Plaintiff*, INTERNATIONAL
   LONGSHORE & WAREHOUSE UNION
8

**FILED**

SEP 2 2 2010

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

13  INTERNATIONAL LONGSHORE AND     )  Case No. C-10-2910-CRB
    WAREHOUSE UNION                 )
14                                  )
                                    )  **JOINT STIPULATION OF**
15           Plaintiff,             )  **DISMISSAL WITHOUT**
                                    )  **PREJUDICE; [PROPOSED]**
16  v.                              )  **ORDER**
                                    )
17  PACIFIC MARITIME ASSOCIATION,   )
                                    )
18           Defendant.             )
                                    )
19  _____  )

1

STIPULATION OF DISMISSAL                          Case No. 10-CV-2910-CRB

IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff International Longshore and Warehouse Union ("ILWU") and Defendant Pacific Maritime Association ("PMA"), through their undersigned designated counsel, that the above-captioned action be and hereby is dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

**IT IS SO STIPULATED AND AGREED:**

Dated: September 21, 2010      LEONARD CARDER, LLP

By:  s/ Jacob F. Rukeyser
     Jacob F. Rukeyser
     Attorneys for Plaintiff,
     INTERNATIONAL LONGSHORE &
     WAREHOUSE UNION

Dated: September 21, 2010      MORGAN, LEWIS & BOCKIUS, LLP

By:  s/ Eric Meckley
     Eric Meckley
     Attorneys for Defendant,
     PACIFIC MARITIME ASSOCIATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: Sept. 22, 2010

THE HONORABLE CHARLES R. BREYER
DISTRICT COURT JUDGE